Electronically Filed - City of St. Louis - July 21, 2017 - 12:14 PM

**1722-CC10838**

# IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| THE IRREVOCABLE INSURANCE TRUST OF JUNE ELLEN KILO DATED JUNE 29, 1983, by and through its Trustee, JOHN A. KILO, <br><br> Plaintiff, <br><br> vs. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> SERVE:   John F. Rehagen <br>              Director of Insurance <br>              Missouri Department of Insurance <br>              301 W. High St., Room 530 <br>              Jefferson City, MO 65101 <br><br>                Defendant. | Cause No. <br><br> Division No. <br><br><br><br> **PLAINTIFF DEMANDS TRIAL BY JURY** |

## PETITION

### COUNT I
### BREACH OF CONTRACT

COMES NOW the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, and the undersigned counsel, and for Count I of its cause of action against Defendant The Lincoln National Life Insurance Company, and states to this Court as follows:

1.  At all times mentioned herein, Plaintiff the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983 (hereinafter referred to as "Plaintiff" or the "Trust") is, and was, an irrevocable insurance trust entered into and existing by virtue of the laws of the State of Missouri, and located in the City of St. Louis.

**EXHIBIT 1**

2. At all times mentioned herein, Defendant The Lincoln National Life Insurance Company (hereinafter referred to as "Defendant") is, and was, a corporation duly organized under and existing by virtue of the laws of the State of Indiana, duly authorized to conduct an insurance business in the State of Missouri, and which conducts such business in the City of St. Louis with offices for the transaction of its usual and customary business located in the City of St. Louis.

3. On June 29, 1983, June Ellen Kilo (hereinafter referred to as "Insured") executed the Trust in which she named John A. Kilo as Trustee (hereinafter referred to as "Trustee").

4. On November 6, 1983, Defendant issued a policy of life insurance to the Plaintiff as owner naming June Ellen Kilo as insured, said policy being identified as Policy No. 5006088 (hereinafter referred to as "Policy").

5. Plaintiff was duly named as the Beneficiary of the Policy.

6. On May 21, 2015, at a time when the Policy was in full force and effect, Insured died.

7. Plaintiff, as the Beneficiary under the Policy, by and through Trustee, made claim against Defendant, Claim No. 1044106, for payment of the death benefit proceeds under the terms and conditions of the Policy.

8. Due and timely notice of proof for the death of Insured was provided to Defendant.

Electronically Filed - City of St. Louis - July 21, 2017 - 12:14 PM

9. Insured, during her lifetime, and Plaintiff, subsequent to the death of Insured and in connection with making claim to Defendant, complied in all respects with the terms and conditions of the Policy.

10. Despite the demand of Plaintiff for payment of the death benefit proceeds in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00), Defendant has failed and refused and continues to fail and refuse said death benefits proceeds to Plaintiff.

11. As a direct and proximate result of Defendant's failure to perform its contractual obligations under the Policy, Plaintiff has incurred damages in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00).

WHEREFORE, Plaintiff the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, prays for judgment against Defendant The Lincoln National Life Insurance Company, on Count I of its Petition for the death benefits payable under in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00), costs expended herein, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT II
## DECLARATORY JUDGMENT

COMES NOW the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, and the undersigned counsel, and for Count II of its cause of action against Defendant The Lincoln National Life Insurance Company, and states to this Court as follows:

12. Plaintiff realleges, adopts and incorporates by reference as is fully set forth herein, the allegations contained in paragraphs 1 through 11 of Count I of this Petition as and for this paragraph 12 of Count II.

13. A controversy exists between the parties concerning the rights of Plaintiff under the Policy to receive payment of the death benefit proceeds payable thereunder.

14. By reason of the foregoing, a Declaratory Judgment is both necessary and proper in order to set forth and determine the rights, obligations and liabilities that exist between the Plaintiff and Defendant under the terms and conditions of the Policy.

WHEREFORE, Plaintiff the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, prays that the Court make and enter its Order and Judgment on Count II of its Petition declaring that the death benefits payable under the terms of the Policy in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00) is payable to him thereunder, together with costs, and for such other and further relief as this Court deems just and proper under the circumstances.

## COUNT III
## VEXATIOUS REFUSAL TO PAY

COMES NOW Plaintiff the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, and the undersigned counsel, and for Count III of its cause of action against Defendant The Lincoln National Life Insurance Company, and states to this Court as follows:

15. Plaintiff realleges, adopts and incorporates by reference as is fully set forth herein, the allegations contained in paragraphs 1 through 11 of Count I of this Petition

4

and paragraphs 12 through 14 of Count II of this Petition as and for this paragraph 15 of Count III.

16.  The refusal of Defendant to pay said death benefit proceeds to Plaintiff was, and is, vexatious and without reasonable cause or excuse and in violation of terms and provisions of said Policy of insurance. Plaintiff is, therefore, entitled to recover statutory damages and Plaintiff's reasonable attorneys' fees as provided in REV.MO.STAT. §§ 375.296 and 375.420.

WHEREFORE, Plaintiff the Irrevocable Insurance Trust of June Ellen Kilo dated June 29, 1983, by and through its Trustee, John A. Kilo, prays for judgment against Defendant The Lincoln National Life Insurance Company, on Count III of its Petition for the death benefits payable under under the terms of the Policy in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00), additional statutory damages and reasonable attorney's fees pursuant MO. REV. STAT. §§ 375.296 and 375.420; the costs expended herein; and for such other and further relief as this Court deems just and proper under the circumstances.

          KILO, FLYNN, BILLINGSLEY,
          TRAME & BROWN, P.C.

By:   /s/ ROBERT E. TRAME
      ROBERT E. TRAME, #21674
      TIMOTHY W. CALLAHAN, #56749
      Attorneys for Plaintiff
      5840 Oakland Avenue
      St. Louis, Missouri 63110
      (314) 647-8910
      (314) 647-3134 (Fax)
      retrame@kiloflynn.com
      tcallahan@kiloflynn.com

Electronically Filed - City of St. Louis - July 21, 2017 - 12:14 PM

## **CERTIFICATION UNDER RULE 55.03(A)**

Pursuant to Rule 55.03(a), the undersigned certifies that he signed an original of this pleading and that an original of this pleading shall be maintained for a period not less than the maximum allowable time to complete the appellate process.

    /s/ ROBERT E. TRAME



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC10838 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>IRREVOCABLE INS TRUST OF JUNE ELLEN KILO DTD 6/29/83<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT E TRAME<br>5840 OAKLAND AVENUE<br>ST. LOUIS, MO  631101320 | Special Process Server 2<br>Special Process Server 3 |
| Defendant/Respondent:<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
                Alias:
DIR OF INS  JOHN F REHAGEN
301 WEST HIGH STREET  ROOM 530
JEFFERSON CITY, MO  65101

**COLE COUNTY**

*COURT SEAL OF CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**July 24, 2017**
_____                    _____
              Date                                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                              Date                              Notary Public

**Sheriff's Fees**
| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

**RECEIVED AUG 07 2017 COLE COUNTY SHERIFF'S OFFICE**

| Judge or Division: MICHAEL KELLAN MULLEN | Case Number: 1722-CC10838 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: IRREVOCABLE INS TRUST OF JUNE ELLEN KILO DTD 6/29/83    vs. | Plaintiff's/Petitioner's Attorney/Address ROBERT E TRAME 5840 OAKLAND AVENUE ST. LOUIS, MO 631101320 | Special Process Server 2 / Special Process Server 3 |
| Defendant/Respondent: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | ENTERED (Date File Stamp) BAH |
| Nature of Suit: CC Breach of Contract | | |

## Summons in Civil Case

**The State of Missouri to:** THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
**Alias:**
DIR OF INS JOHN F REHAGEN
301 WEST HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

**COLE COUNTY**

*COURT SEAL OF CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**July 24, 2017**      _Thomas Kloeppinger_
Date                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Kathy Tatro_ (name) _Dir_ (title).
☐ other

Served at _301 W High_ (address)
in _Cole_ (County/City of St. Louis), MO, on _8/9/17_ (date) at _1020_ (time).

_John P Shull_                        _By John Shull 81_
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                         Date                    Notary Public

**Sheriff's Fees**
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $  10.00
Mileage           $_____ ( ___ miles @ $.___ per mile)
Total             $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

LINCOLN NATIONAL LIFE INSURANCE COMPANY
CSC-LAWYERS INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:** Court: St. Louis City Circuit Court, Case Number: 1722-CC10838

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 9th day of August, 2017.

_Chlora Lindley-Myers_
Director of Insurance, Financial Institutions
and Professional Registration

## AFFIDAVIT

State of Missouri,
        ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on _August 11_, _2017_ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance,
Financial Institutions and Professional Registration

By: _Kathryn Latimer_

Subscribed and sworn to before me this _11th_ day of _August_, _2017_.

_Jodi R. Lehman_
Notary Public

My commission expires: _8/26/2017_

> JODI L. LEHMAN
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for Cole County
> My Commission Expires: August 26, 2017
> Commission Number: 13497894